# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158099(17)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

TARI MASA,
 Defendant-Appellant.

SC: 158099
COA: 343311
Oakland CC: 2017-160888-AR

_____/

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation of the motion for reconsideration is GRANTED. The 20-page motion for reconsideration submitted on December 26, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk